# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

142010

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ERMA TYSON,
         Plaintiff,

v                                    SC: 142010
                                      AGC: 0358/10

ATTORNEY GRIEVANCE COMMISSION,
         Defendant.

_____/

       On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011                           _____
                                                Clerk

p0228